## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| IN RE: DICAMBA HERBICIDES ) LITIGATION ) ) | MDL No. 2820 |
| ) COW-MIL FARMS, INC., ) ) *Plaintiff*, ) v. ) ) MONSANTO COMPANY, et al. ) ) *Defendants*. ) | Case No. 4:17-cv-02386-AGF SNLJ |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Cow-Mil Farms, Inc. hereby gives notice of its voluntary dismissal without prejudice in this case. Per Rule 41, Cow-Mil Farms, Inc. may dismiss the action without prejudice and without a court order because Defendants have not served an answer or motion for summary judgment. Plaintiff has submitted documents and information responsive to the Plaintiff Fact Sheet approved in this matter in a good-faith effort to meet the Parties' Stipulation Regarding Production of Crop Damage Plaintiff Fact Sheets [D.E. 91] (the "Stipulation"). *See*, Report to Court Order [D.E. 227] (Oct. 15, 2018). Any additional information or responsive documents are not in Plaintiff's possession, custody, or control. Plaintiff has made efforts to obtain information and/or documents from a third party, but has been unsuccessful after repeated attempts. *See*, Mot. for Extension of Time to Submit Plaintiff Fact Sheet [D.E. 172], at ¶ 3 (Sept. 26, 2018) (stating the owners of Cow-Mil Farms, Inc.

are not farmers and do not have sufficient knowledge of the farming operations to provide the requested information). Accordingly, Plaintiff has produced all information and documents in its possession, custody, or control and met its burden under the Stipulation to the best of its ability.

Date: January 24, 2019                      Respectfully submitted,

**ZIMMERMAN REED LLP**

By: */s/ Hart L. Robinovitch*
Hart L. Robinovitch (*Admitted PHV*)
Hart.Robinovitch@zimmreed.com
ZIMMERMAN REED LLP
14646 N. Kierland Blvd., Suite 145
Scottsdale, Arizona 85254
Tel: (480) 348-6400
Fax: (480) 348-6415

Charles S. Zimmerman (*Admitted PHV*)
Charles.Zimmerman@zimmreed.com
Alyssa J. Leary (*Admitted PHV*)
Alyssa.Leary@zimmreed.com
1100 IDS Center, 80 South 8th Street
Minneapolis, Minnesota 55402
Tel: (612) 341-0400
Fax: (612) 341-0844

*Attorneys for Plaintiffs*

**SO ORDERED this 20th day of February, 2019.** _____

**STEPHEN N. LIMBAUGH, JR.**
**UNITED STATES DISTRICT JUDGE**

2

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 24, 2019, the foregoing document was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

*/s/ Hart L. Robinovitch*

3