# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| COW-MIL FARMS, INC., | ) | Case No. 4:17-cv-02386-SNLJ |
| *Plaintiff*, | ) | |
| v. | ) | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |
| MONSANTO COMPANY, et al. | ) | |
| *Defendants*. | ) | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(i) and any other applicable rule of procedure, Plaintiff Mark Lee, by and through undersigned counsel, hereby gives notice that he is voluntarily dismissing all claims set forth in the complaint filed in this matter against Defendant Monsanto Company, and which may remain pending in the above captioned case.

Plaintiff Mark Lee hereby dismisses all of his claims against Defendant.

Respectfully submitted,

Dated: March 28, 2025

*/s/ Hart L. Robinovitch*
Hart L. Robinovitch (*Admitted PHV*)
**ZIMMERMAN REED LLP**
14648 N. Scottsdale Road, Suite 130
Scottsdale, AZ 85254
Telephone: (480) 348-6400
Facsimile: (480) 348-6415
hart.robinovitch@zimmreed.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on March 28, 2025, the foregoing document was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

*/s/ Hart L. Robinovitch*

SO ORDERED this 28th day of March, 2025.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE